UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62270-CIV-COHN/SELTZER

AIA MANAGEMENT SERVICES, LLC,
*et al.*,

    Plaintiffs,

v.

ADVANCED MEDICAL IMAGING &
TELERADIOLOGY OF NY P.C., *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the Joint Stipulation of Dismissal With Prejudice [DE 34] submitted by the parties upon settlement of the Plaintiffs' claims. Plaintiffs having asserted claims under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.,* for unpaid overtime compensation, the Court is required to review the settlement of those claims to determine that the settlement "is a fair and reasonable resolution of a bona fide dispute over FLSA provisions." Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1355 (11th Cir. 1982). This review is not optional and cannot be waived by the parties. Id. at 1352-53. On its face, Lynn's Food suggests no exception to judicial oversight of settlements when the employee receives all wages due. Silva v. Miller, 307 F. App'x 349, 351 (11th Cir. 2009).

The parties have failed to submit the settlement agreement for review. Without review of the settlement agreement, this Court cannot dismiss the action. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the parties shall file under seal a copy of the settlement agreement(s) between the parties, including releases and provisions for payment of attorneys' fees, on or before April 30, 2017.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of April, 2017.

_____
BARRY S. SELTZER
United States Magistrate Judge

Copies furnished counsel via CM/ECF